Thomas Samuel Wallace - T815064
Name and Prisoner/Booking Number

4th ave jail- Maricopa County
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☑ FILED        ___ LODGED
___ RECEIVED   ___ COPY

FEB 2 0 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Thomas Samuel Wallace ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Sgt. Cost. ,
(Full Name of Defendant)

(2)_____,

(3)_____,

(4)_____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV24-00344-PHX-SRB--MTM**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other:_____.

2.  Institution/city where violation occurred: 4th ave jail- Phoenix, az, Maricopa

3.

Revised 12/1/23                                   1                              **550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _Sgt. Cast_____. The first Defendant is employed
as: _Detention Officer - Sgt._____ at _4th ave jail facility_____.
          (Position and Title)                                      (Institution)

2.  Name of second Defendant:_____. The second Defendant is employed as:
as:_____ at _____.
          (Position and Title)                                      (Institution)

3.  Name of third Defendant:_____. The third Defendant is employed
as:_____ at _____.
          (Position and Title)                                      (Institution)

4.  Name of fourth Defendant:_____. The fourth Defendant is employed
as:_____ at _____.
          (Position and Title)                                      (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?        ☑Yes        ☐No

2.  If yes, how many lawsuits have you filed?___5___. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _Thomas Samuel Wallace_ v. _Rachel H. Mitchell et al_
        2.  Court and case number: _2:23-CU-01148-SRB-MTM_.
        3.  Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?) _pending_
        _____

    b.  Second prior lawsuit:
        1.  Parties: _Thomas Samuel Wallace_ v. _Brandy Thwing_
        2.  Court and case number: _2:23-CU-01108-SRB-MTM_
        3.  Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?) _pending_
        _____

    c.  Third prior lawsuit:
        1.  Parties: _Thomas Samuel Wallace_ v. _Paul Penzone et. al_
        2.  Court and case number: _2:23-CU-01109-SRB-MTM_
        3.  Result:  (Was the case dismissed?   Was it appealed?   Is it still pending?) _Dismissed_
        _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

1-A

Case Number original Complaint

## C.2. Previous Lawsuits Cont.

1 Thomas Samuel Wallace V. Paul Penzone Etal
2 2:23-CV-01010-SRB-MTM  —  Dismissed
3
4 Thomas Samuel Wallace V. Paul Penzone etal
5 2:23-CV-01192-SRB-MTM—  Pending
6
7 Thomas Samuel Wallace V. S.O Leuck #B4923
8 2:23-CV-01233-SRB-MTM
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: XIV amendment Due process

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☒ Other: Violation of due process

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Over the last year plaintiff has been subjected to due process denied by Sgt. Cost by being denied redress to grieve his disciplinary actions. Sgt. Cost has a system to where he will lock down, denie tablets and T.V. showers if he finds so many cells out of what he calls "COMPLIANCE". No matter if a person in the cell (2 man cells) has done nothing to warrant a disiplinary action. In fact No disiplinary actions are wrote up or given to individuals, everyone in the pod suffers. I've been trying to grieveue this issue and constantly been told I cannot file a grievance on disiplinary (see attached exibits) On Numerous occasions I've been the victim of due process rights violations for having done nothing wrong but people in other cells might have. But those people dont get wrote up or get disiplinary action against just them, Everyone in the pod suffers, and it might just be 10 people but 72 people suffer.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Was denied tablet use, dayroom priveleges, T.V. showers on "NUMEROUS" occasions. Suffered excessive force, loss of legal and personal property.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**COUNT II**

1. State the constitutional or other federal civil right that was violated: XIV amendment due process - loss of legal and personal property

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

    ☐ Basic necessities        ☐ Mail        ☐ Access to the court    ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property    ☐ Exercise of religion    ☐ Retaliation
    ☒ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 01/22/24 during a cell search of the cell I was assigned to Sgt. Cost destroyed and threw away one of my legal boxes that contained legal work in it and had very important dates, names, events etc of documentation I was keeping for legal civil actions. This information was wrote on the lid of the box and on a paper that was taped to the lid of the box. The top box and lid were used for a table to write on and what plaintiff was doing was writing down and keeping notes on the paper taped to lid and prior to the paper being used the plaintiff would write things down on the lid to the box when paper wasn't handy. This might be able to be seen on the video footage of the cell search. Plaintiff now has no box to turn in for a new one and plaintiff is showing that he has/ had two boxes and plaintiff could now get in trouble for that. Sgt. Cost had NO RIGHT to throw plaintiff's legal box away and legal documents and notes. Sgt. Cost crossed the line by destroying plaintiff's legal box and legal work related notes.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

loss of personal property, loss of legal property, Harassment

5. **Administrative Remedies.**
    1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?        ☒ Yes  ☐ No
    2. Did you submit a request for administrative relief on Count II?    ☒ Yes  ☐ No
    3. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
    4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

**COUNT III**

1.  State the constitutional or other federal civil right that was violated: XIV amendment due process - Harassment, Loss of property

2.  **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☒ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Plaintiff contends that Sgt. Cost and D.O Leuck are engaged in a form of retaliation. By D.O Leuck going into and reading plaintiffs messages he is as Sgt Wilcox says doing someone elses job that is not his job (according to Sgt. Wilcox). Just like when he was reading plaintiff grievances and answering them, and plaintiffs request slip messages on tablet ( All can be verified by looking at plaintiffs tablet) Sgt. Cost is now retaliating against the plaintiff for all the grievances hes tried to file against him (see attachments) and all the notes that were on the legal box lid and paper (he must've seen all the documentation against him and decided to throw it away) Plaintiff contends that Sgt. Cost has it out for him just like D.O Leuck, they are both guilty now of retaliation.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Harassment, loss of privileges, loss of property, loss of personal property

5.  **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒Yes  ☐ No
    2.  Did you submit a request for administrative relief on Count III?  ☒Yes  ☐ No
    3.  Did you appeal your request for relief on Count III to the highest level?  ☒Yes  ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff is seeking monetary relief in the form of Three million, two hundred, and fifty thousand dollars - $3,250,000 dollars

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/10/2024
    DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# Statement of claim -

F. 1

1  Plaintiff contends that in his three count claim
2  that several allegations including his due process
3  rights were violated and will start with the most
4  serious of the allegations.
5                                     On 01/22/2024 plaintiffs
6  cell was searched by Sgt. Cost and D.O Leuck (Please
7  see civil action case number 2:23-cv-01233-SRB-MTM
8  about defendant Leuck #B4923) D.O Leuck states in his
9  write up that he was doing searches on "Viapath messages"
10 (which Sgt. Wilcox has stated to plaintiff is not his
11 job and he shouldn't have been doing that) and put
12 in the words "HOOCH" and found 2 messages in plaintiffs
13 messages that he used to form reason to search plaintiffs
14 cell along with Sgt. Cost.
15                                     During the search of the cell
16 1 of plaintiffs legal boxes was destroyed and disposed
17 of by Sgt. Cost. This legal box and lid had very import-
18 ant legal information about his case and civil cases on
19 and in them. Plaintiff contends that his boxes were put
20 one on top of the other to form a table to do his legal work
21 on and would write on the lid and a piece of paper taped
22 on lid, dates, times, names and events of importance to
23 keep track of wrong doings and acts he considered in
24 violation of rules and rights violated. Now all this infor-
25 mation is lost and gone by Sgt. Cost destroying and his
26 throwing away of plaintiffs legal box and lid.
27                                                      If audio

# Statement of Claim -

F.2 .

1. and videos are watched and listened to you can hear
2. and see Sgt. Cost stop plaintiff at door to rec area
3. (where plaintiff was placed into during search) and
4. he stated to plaintiff that he had destroyed plaintiffs
5. box and threw it away and that plaintiff would now
6. have to get another one. Thats easier said than done be
7. cause all boxes are marked down on plaintiffs property
8. and shows that he has so many boxes. If those boxes are
9. not accounted for and there for trade in when needed
10. it can be said that plaintiff sold, traded, or gave away
11. the box and can't get another one. On top of all that now
12. plaintiff has lots of legal work with no box to go into and
13. can be easily thrown away or destroyed.
14.         No penological
15. interest was served by this act, further stated, No due
16. process was allowed before Sgt. Cost destroyed and threw
17. out plaintiffs legal box, this personal property and legal
18. property could and shouldve been held onto giving
19. plaintiff cause to grievance the action first, and to
20. give plaintiff a chance to show just cause why the property
21. shouldn't just be thrown away, this was not contraband
22. or illegal property.
23.       Count two alleges "Excessive force by
24. an officer," and plaintiff contends that to destroy and
25. throw away plaintiffs legal and personal property, with
26. out allowing due process, was an excessive and wrongful
27. act administered by Sgt. Cost. No penological interest.

# Statement of claim-

F.3.

1. Plaintiffs count one is the biggest of the claim because
2. it covers a whole year of due process rights violations
3. by Sgt. Cost. This was alot of the information that Sgt.
4. Cost destroyed and threw away that was written down
5. on Plaintiffs legal box lid, the dates, times, name and
6. action of what happened, when it happened, who was
7. responsible for it, etc. (Since video is captured of the in-
8. cident/search on 01/22/2024 maybe a view of legal box
9. lid can be seen with all the information on it that the
10. plaintiff had written down. Paper with info was most
11. likely destroyed too.)
12. _____           Sgt. Cost would routinely violate
13. detainees rights by walking through pod, finding some cells
14. out of "COMPLIANCE" as he would state, then lock down the
15. whole pod for restriction, no tablets use, no T.V., showers
16. etc. for sometimes 48 and 72 hours restriction, simply
17. because some detainees would have "their" cells out of
18. Sgt. Cost "COMPLIANCE" rules. Sgt. Cost would not write
19. up those he deemed guilty of rules violations, but in-
20. stead had/has a policy of locking everyone down.
21. Plaintiff contends that this is a violation of due process
22. and serves no penological interest. When plaintiff woul
23. d try to grievance this action he would be told that he
24. can not file grievances on displinary (please see the
25. attached documents. Plaintiff knows he is/was told
26. to not include "evidence", "documents", etc. but since
27. they are throwing away evidence now plaintiff has to)

# Statement of claim —

F4.

1. Plaintiff contends that his grievances that he would
2. file on Sgt. Cost actions would be rejected and not
3. given back to him for his records. Plaintiff would be
4. told repeatedly that he can't grievance displinary and got
5. back rejection slips (pieces of paper by Sgt. Houston #B1161).
6. Plaintiff contends that now because of his legal actions he
7. is being told by Lt. Mixeli #A4983 (see attached letter
8. dated 02/10/24) that these types of misconduct/actions are
9. "training issues" and not any "misconduct", really?, So Sgt.
10. Cost had a "training issue" for the year plaintiff has been
11. here and been filing grievances about his (Sgt. Cost) actions
12. and violations of due process rights?.
13.
    Plaintiff contends
14. that Sgt. Costs' actions served NO penological interest, and
15. in fact were nothing but clear abuse of authority in his
16. position to restrict and deny detainees priveleges which he
17. seemed to enjoy and get a kick out of. Sgt. Costs's disrega-
18. rd for detainees due process rights were in violation of
19. the XIV amendment Plaintiff contends and ask the court
20. to grant his request for relief. Thank you!.
21.
22.
23.
24.
25.
26.
27.

3F1.8



Maricopa County Sheriff's Office                              1/23/2024 0351

## DISCIPLINARY ACTION REPORT PRINTOUT
### *Reporte de Acción Disciplinaria*

B4923

Page 1/2

## DISCIPLINARY ACTION REPORT
### *Reporte de Acción Disciplinaria*

DAR: __Draft__

| Wallace, Thomas Samuel | T815064 | Fourth Avenue Jail | 4AVE:3F:1:08: 01 | 01/22/24 2200 |
|---|---|---|---|---|
| Inmate Name (Last, First M) | Booking # | Facility | Cell/Room | Date/Time of Violation |

Specific Violation(s): 018 POSSESSION OR MANUFACTURE OF INTOXICANTS

Specific Violation(s): 033 ATTEMPTING TO COMMIT, AIDING ANOTHER TO COMMIT, OR MAKING PLANS TO COMMIT ANY OFFENSE

Specific Violation(s): 040 POSSESSION OF UNAUTHORIZED SUBSTANCE

**Formal Statement of Charge(s)(Who, what, where, when, how and witnesses):**
*Declaración Formal de Cargos*

On 1/22/2024, at approximately 0444 hours, I conducted a random search of Inmate messages on ViaPath using "hooch" as a keyword.

That search generated two messages from Inmate Wallace, Thomas T815064. These messages included the following admissions:

" I'm really tryna put something together to get some $$$ tho. Tryna get some stuff to make some hooch. I need like $30 to buy sodas, sour patches and Chico sticks for the sugar, once I get the bottles going, I can flip like I was doing before". This message was time stamped at 1944 hours on 1/18/2024.

The second message time stamped at 1413 hours on 1/18/2024 was as follows: " tryna put something together to make a few $$$in here, need to get some more ingredients though to make more of it, need like $20-$30 dollars to get the rest of the stuff I need sodas and some sour patch candies for the sugar, feel me!!'.

At approximately 2200 hours, Inmate Wallace's cell (3F1.08) was searched by me and Sgt. Cost. During this search, 10 bottles of jail made alcohol (hooch) were removed from the cell. These bottles were located behind the base of the bunk, as well as between the wall and Inmate Wallace's legal box. Based off my training and experience, these bottles were easily identified due to their color, odor, pressure, and consistency. Additional apples and oranges were removed as well. This was consistent with Inmate Wallace's messages where he brazenly stated his plan to manufacture and cell hooch.

As a result of the search, it was verified that Inmate Wallace was not only making plans to commit an offense, but he was also currently doing so.

| Leuck | B4923 | 01/23/24 03:50 |
|---|---|---|
| Officer | Serial # | Date/Time of Report |

Interpreter Needed: ☐ Yes ☐ No   Intepreter Name/Serial #:                     Language: English

Loss of Privileges:   No Reporting Person LOP Sanctions Imposed Major Rules Violation

**How do you plead to the charge(s)?** *¿Cómo usted aboga por el cargo(s)?*    ☐ Guilty *Culpable*    ☐ Not Guilty *No cupable*

**If Guilty, do you want a formal disciplinary hearing?**    ☐ Yes *Si*    ☐ No
*Si es Culpable, ¿quiere una audiencia disciplinaria formal?*

I have been informed of the offense(s) listed, and acknowledge receipt of this form. I understand that if I have not waived the hearing, one will be held within 7 working days from the date this report was served. I understand that my signature is not an admission of guilt. *Me han informado del delito(s) enumeado(s) y reconozco ver recibido este reporte. Entiendo que si no he remumciado a la audiencia, se llevara a cabo dentro de 7 dias laborales siguientes a la fecha de notificacion de este reporte. Entiendo que mi firma no es una admision de culpabilidad.*

Refused to sign / Given Copy                T815064

| Inmate Signature *Firma de Recluso* | Booking # *Numero de Ingreso* | Date / Time *Fecha/Hora* |
|---|---|---|

B4923   0511 hours  1-23-24

B3916 was a witness



Maricopa County Sheriff's Office                    1/23/2024 0351

## DISCIPLINARY ACTION REPORT PRINTOUT
### Reporte de Acción Disciplinaria                    B4923

Page 2/2

| Shift Supervisor | Serial # | Date / Time |
|---|---|---|
| | | 1-23-24/0356 |

Extension for Review of Evidence: ☐ Yes ☐ No   Initials: _____   Interpreter/Serial # _____

SMI Inmate: ☐ Yes ☑ No   CHS Employee Contacted: _____   Sanc Susp After Consult ☐ Yes ☐ No

Basis For Findings: (07) 046 (030) 046

I/m said he did not have bottles of any liquid. I/m denied having "hooch". I/m said to look at the video.

| Days Disciplinary Segregation | Days Loss of Privileges |
|---|---|
| 21 | 21 |
| To Begin 0001  1/31/24 / Ending 2400 2/20/24 | To Begin 0001 1/31/24 / Ending 2400 2/20/24 |

Hearing Sergeant: BWV R1502

Forward to Classification: ☑ Yes ☐ No

I am aware of the right to appeal this decision, and that I must submit appeal with the yellow copy attached within 24 hours of the below date/time. *Tengo conocimiento del derecho a apela esta decision y que debo presentar mi apelacion con la copia amarilla adjunta dentro de las 24 horas siguientes a la fecha/hora anterior.*

J/m given copy

Inmate Signature *Firma de Recluso*          Date / Time *Fecha/Hora*   1/16/24  1322

Hearing held on 1/16/24 @ 0705

* Video review supports written narrative.

Inmate Wallace, Thomas T815064 you are being placed on the Direct Supervised Grievance Protocol as of this day: 05/03/23 ~~6/16/23~~

The Direct Supervised Grievance Protocol is an enhanced process within the Inmate Grievance Procedure to effectively seek redress for inmates submitting numerous complaints, repeatedly failing to follow proper procedures or alleging a practice or pattern of not receiving a timely response. The Direct Supervised Grievance Protocol will effectively allow corrective action to be taken at the lowest supervisory level.

**Procedures:**

1. The Jail Commander in conjunction with the Bureau Hearing Unit Commander will initiate The Direct Supervised Grievance Protocol when it is deemed appropriate.
2. Once the process is initiated the Jail Commander in conjunction with the Bureau Hearing Unit Commander shall each assign a sergeant for administering the Direct Supervised Grievance Protocol with you.
3. The assigned Bureau Hearing Unit sergeant shall meet with you as soon as possible in order to explain the process and provide a copy of these procedures to you.
4. The assigned Bureau Hearing Unit sergeant shall document each contact made with you notating the date and reason for the meeting.
5. One or more of the assigned sergeants shall meet with you twice a week, excluding weekends and holidays, to ensure you have the opportunity to submit your concerns or complaints.
6. Upon request officers will, within a reasonable amount of time, provide you with an Inmate Grievance Form. You may only submit the grievance with one of the assigned sergeants during the designated meeting times.
7. If your initial complaint or grievance is of an emergency nature, or alleges excessive force or restraint, the on duty shift supervisor will be notified. This type of complaint or grievance will not be held for the designated sergeants assigned to the Direct Supervised Grievance Protocol.
8. The assigned Bureau Hearing Unit sergeant or the custody sergeant shall determine if your complaint is an issue to be handled through the grievance process.  If the issue is to be handled within the grievance process the grievance will be accepted and you shall receive the pink copy of the Inmate Grievance Form on your next meeting.
9. All accepted grievances will then be processed appropriately.
10. If the grievance will not be processed, all copies will be kept on file with the Bureau Hearing Unit.
11. *You shall only process your grievances and/or appeals with the assigned custody sergeant or the assigned Bureau Hearing Unit sergeant.*
12. Both the assigned custody sergeant and the assigned Bureau Hearing Unit sergeant shall remain informed concerning you and the Direct Supervised Grievance Protocol until the issue(s) are addressed.
13. While on the Direct Supervised Grievance Protocol, you will not be able to file electronic grievance forms.
14. Grievances will be filled out completely and within the designated area. If they are incomplete or if there is writing out of the designated area, they will be summarily dismissed.

I have been provided a copy of these procedures (also outlined in Inmate Rules and Regulations) on this date, 06/16/23 and a BHU Sergeant has spoken with me about this so that I may better understand the details of the Direct Supervised Grievance Protocol.

_____          _____          _____
Signature                                                        Booking #                                                   Date



You **CANNOT** grieve disciplinary action. Inmate Grievances and Appeals may not be accepted for the following reasons:

    a. *Grievances filed on behalf of other inmates.*

    b. *Group grievances (Two or more inmates named on the same grievance).*

    c. *Grievances that contain **vulgarity** or **name calling**.*

    d. *Grievances which contain no proposed resolution.*

    e. *Grievances which address more than one issue.*

    f. *Grievance about out-of-stock canteen items.*

    g. *Grievances about the delivery date of Canteen.*

You shall be afforded an opportunity to seek redress of your complaints without regard to disciplinary status, security level, housing category, or any other administrative status.

If your complaint or grievance is of an emergency nature you should not submit the grievance electronically instead contact the housing officer as soon as possible. The on-duty shift supervisor will be advised, and appropriate action will be taken.

**False Prison Elimination Act (PREA) Allegations:** Inmates found by the PREA Compliance Manager and/or the CBHU to have knowingly submitted a grievance containing a false (PREA) allegation may be subject to disciplinary action. Determining information shall be provided to the CBHU for filing and retention.

You are encouraged to use the tablets to file grievances whenever possible, however, paper grievance forms will be made available during times when tablets are not available or if you are unable to utilize a tablet. The inmate tablet is the fastest method to file a grievance. Jail Commanders will ensure that you may communicate your concerns or complaints and receive a prompt response which will allow the necessary corrective action to be taken at the lowest supervisory level.

### A: WHEN YOU HAVE A COMPLAINT

Click on the Requests/Grievances app on the tablet or ask for a *Grievance Form* from an officer if a tablet is not available. Complete the correct grievance form on the tablet, which must include a **proposed resolution**. You may only include **one (1)** issue on each form. If more room is needed on the paper form, you must use additional *Grievance Forms* only. Scrap paper, notebook paper, or any other type of paper will not be authorized to attach to a grievance or appeal. When using a paper form write only in the designated area of the *Grievance Form*. Do not write on, over, or around previous responses written on the Inmate Grievance Forms or any attached responses. Do not alter your previously written comments on your original Inmate Grievance Forms or the provided responses from the Detention or Medical staff.

**Duplicate or repetitive grievances will be dismissed. This includes filing a tablet grievance as well as a paper grievance for the same issue.**

REJECTED GRIEVANCE

23-02861

POD RESTRICTION

REJECTED GR #
23-02936
(PUD RESTRICTION)  9/21
B1161

REJECTED GRIEVANCE:
    23-03750
I/m CANNOT GRIEVE DISCIPLINE.
AND I REVIEWED VIDEO AND THE I/m
DID RECO A SACK LUNCH WHEN HE WAS
SERVED HIS DAL.   B1161

REJECTED Gr # 24-00521

TABLE Gr DUP REFER TO

Gr # 24-00519     2-6-24

B1161

202302137
Pod restriction
202302136
Tablet restriction
20230135
LOP tab

Ojeda
B1302

*received 02/19/2024 @ 9:30 am (TW)*

Inmate Wallace, Thomas T815064

4th Avenue Jail, 2B104

Grievance 24-00520


Inmate Wallace,

Per the Bureau Hearing Unit Commander, it would be best practice to issue a Disciplinary Action Report (DAR) for a Minor Loss of Privileges (LOP) when more than one privilege is restricted for up to 24 hours.

The lack of a DAR in this instance is a training issue and not any misconduct on the part of the officer.

No further action.


Lt. Miceli A4983

4th Avenue Jail

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **February 13, 2024** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

____ _____

____ _____

_____  **B5188**
Legal Support Specialist Signature  S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009